B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Western District of Wisconsin, http://www.wiwb.uscourts.gov

**Case No. 3–15–11330–rdm**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tia M. Church
  2920 Kennedy Rd., Apt. J
  Janesville, WI 53545

Social Security / Individual Taxpayer ID No.:
  xxx–xx–2971

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

This order does not affect any pending adversary proceeding to determine dischargeability.

                                                        BY THE COURT

Dated: 9/11/15                                          Robert D. Martin
                                                        United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                          Western District of Wisconsin
In re:                                                              Case No. 15-11330-rdm
Tia M. Church                                                       Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0758-3          User: ron                 Page 1 of 2         Date Rcvd: Sep 11, 2015
                              Form ID: DIS              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2015.
db            +Tia M. Church,    2920 Kennedy Rd., Apt. J,    Janesville, WI 53545-0486
4149610       +Ad Astra Recovery Services, Inc.,    8918 W. 21st St. N. Suite 200 PMB 112,
                Wichita, KS 67205-1880
4149614       +Allstate Insurance,    2557 Milton Ave.,    Janesville, WI 53545-0441
4149616       +Anasazi Group LLC,    C/O CWB Services, LLC,    P.O. Box 411056,   Kansas City, MO 64141-1056
4149618       +Atty. Arnold Scott Harris,    222 Merchandise Mart Plaza, Ste. 1932,    Chicago, IL 60654-1420
4149620       +Chase Bank,    100 W. Milwaukee St.,    Janesville, WI 53548-2914
4149624       +Debt Recovery Solutions,    900 Merchants Conc.Suite 106,    Westbury, NV 11590-5114
4149625       +Dr. James C. Behm, Inc.,    1917 E. Milwaukee St.,    Janesville, WI 53545-2647
4149626       +First National Bank and Trust,    345 E. Grand Ave.,    Beloit, WI 53511-6226
4149628       +Harris & Harris of Illinois , Ltd.,    111 West Jackson Blvd., Ste. 400,
                Chicago, IL 60604-4135
4149629        Heights Finance Corporation,    2900 Deerfield Dr., Ste 119,    Janesville, WI 53546-3558
4149630        Illinois Tollway,    P.O. Box 5544,   Chicago, IL 60680-5544
4149631       +J.D. Byrider/CNAC,    2302 W. Beltline Hwy,    Madison, WI 53713-2344
4149633       +MHS Physicians Services,    PO Box 5081,    Janesville, WI 53547-5081
4149632       +Mercy Health System,    1000 Mineral Point Ave.,    Janesville, WI 53548-2940
4149635       +Progressive Insurance Company,    6300 Wilson Mills Rd.,    Mayfield Village, OH 44143-2182
4149640       +State Collection Service,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
4149641       +Swifthaven Cummunity Assisted Living,    124 N. Henry St.,    Edgerton, WI 53534-1868
4149642       +Transworld Systems Inc.,    6425 Odana Rd., No. B,    Madison, WI 53719-1127
4149643       +U.S. Cellular Wireless,    5117 W. Terrace Dr.,    Madison, WI 53718-8360
4149645        World Finance Corporation,    3000 Milton Ave.,    Janesville,WI 53536-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4149611       +Fax: 864-336-7400 Sep 11 2015 19:23:09     Advance America,    2900 Deerfield Dr.,
                Janesville, WI 53546-3452
4149612       +E-mail/Text: alison@cp.allcreditlenders.net Sep 11 2015 19:21:46      All Credit Lenders,
                2240 Prairie Ave.,    Beloit, WI 53511-2648
4149613       +E-mail/Text: debhenkle@alliantenergy.com Sep 11 2015 19:21:36     Alliant Energy,
                4902 N. Biltmore Ln,    Madison, WI 53718-2148
4149615       +EDI: RMSC.COM Sep 11 2015 19:18:00      American Eagle,   PO Box 965005,
                Orlando, FL 32896-5005
4149617       +E-mail/Text: allenl@associatedcollectors.com Sep 11 2015 19:21:43      Associated Collectors,
                113 W. Milwaukee St.,    Janesville, WI 53548-2913
4184834       +EDI: ATLASACQU.COM Sep 11 2015 19:18:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
4149619       +E-mail/Text: bk@avantcredit.com Sep 11 2015 19:21:47     Avant Credit Corporation,
                640 Lasalle Suite 535,    Chicago, IL 60654-3731
4149621       +EDI: SEARS.COM Sep 11 2015 19:18:00      Citibank/Sears,    P.O. Box 6283,
                Sioux Falls, SD 57117-6283
4149622       +EDI: WFNNB.COM Sep 11 2015 19:18:00      Comenity Bank/VCTRSSEC,    PO Box 182789,
                Columbus, OH 43218-2789
4149623        EDI: CCS.COM Sep 11 2015 19:18:00      Credit Collection Service,    P.O. Box 9134,
                Needham, MA 02494-9134
4149627       +E-mail/Text: accountservices@greenlineloans.com Sep 11 2015 19:21:45      Greenline Loans,
                P.O. Box 507,    Hays, MT 59527-0507
4149634       +EDI: CBSPLS.COM Sep 11 2015 19:18:00      PLS Financial Solutions of Wisconsin,
                2625 Prairie Ave.,    Beloit, WI 53511-2244
4149639        EDI: NEXTEL.COM Sep 11 2015 19:18:00      Sprint,   P.O. Box 4191,    Carol Stream, IL 60197-4191
4149636        EDI: SEARS.COM Sep 11 2015 19:18:00      Sears/CBNA,    P.O. Box 6282,
                Sioux Falls, SD 57117-6282
4149637       +EDI: SECFIN.COM Sep 11 2015 19:18:00      Security Finance,    PO Box 3146,
                Spartanburg, SC 29304-3146
4149638        EDI: SECFIN.COM Sep 11 2015 19:18:00      Security Financial Service,    PO Box 3146,
                Spartanburg , SC-29304-3146
4149644       +E-mail/PDF: bk@worldacceptance.com Sep 11 2015 19:13:07     World Acceptance Corp.,
                P.O. Box 6429,    Greenville, SC 29606-6429
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0758-3          User: ron                    Page 2 of 2                   Date Rcvd: Sep 11, 2015
                              Form ID: DIS                 Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2015                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2015 at the address(es) listed below:
              Brenda L. Zeddun    trustee@chooselawadvisors.com,
               wi46@ecfcbis.com;Ashley.hubred@chooselawadvisors.com
              Carl B. Rolsma    on behalf of Debtor Tia M. Church carl@rolsma.com
              U.S. Trustee's Office     USTPRegion11.MD.ECF@usdoj.gov
                                                                                         TOTAL: 3
```